ed by other evidence introduced by [petitioner]?

Sidney MARTIN, Appellant

v.

**DEPARTMENT OF CORRECTIONS**
**John E. Wetzel, et al.,**
**Appellees.**

Supreme Court of Pennsylvania.

July 17, 2012.

*ORDER*

PER CURIAM.

AND NOW, this 17th day of July, 2012, the Order of the Commonwealth Court is **AFFIRMED.**